JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RANKBIRSINGH RANKBIRSINGH,
Petitioner,
v.
THOMAS P. GILES, et al.,
Respondents.

Case No. 5:26-cv-00907-FLA (PVC)

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT [DKT. 12]**

On July 29, 2026, the assigned Magistrate Judge ordered Petitioner Rankbirsingh Rankbirsingh (“Petitioner,” A# 215-904-400) to show cause (“OSC”), on or before August 5, 2026, why this action should not be dismissed as moot. Dkt. 12. Petitioner did not file a response to the OSC. Accordingly, the court DISMISSES the Petition for Writ of Habeas Corpus (Dkt. 1) as moot.

IT IS SO ORDERED.

Dated: September 18, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge